**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT**

**CIVIL ACTION NO. 19-83-DLB**

**ALI AL MAQABLH**                                                           **PLAINTIFF**

v.                                           **JUDGMENT**

**JOHN CARTER, et al.**                                              **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) Plaintiff Ali Al Maqablh's Complaint (Doc. # 1) is **DISMISSED**;

(2) Judgment is **ENTERED** in favor of the Defendants with respect to all federal law claims raised in this proceeding;

(3) The Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** for the reasons explained in the Court's Opinion;

(4) This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(5) This is a **FINAL** and **APPEALABLE** order, and there is no just cause for delay.

This 10th day of April, 2020.



Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\PSO Orders\Al Maqablh 19-83 Judgment.docx